FILED

APR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case 08CR1031 JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 1001 - |
| VIRGINIA MARTINEZ-MONTIJO, ) | False Statement to a Federal Officer |
| Defendant. ) | |

The United States Attorney charges:

On or about March 5, 2008, within the Southern District of California, defendant VIRGINIA MARTINEZ-MONTIJO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to E. Lara that her name was Liliana Estrada-Sevilla, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: April 3, 2008.

KAREN P. HEWITT
United States Attorney

*(signature)*
CARLA J. BRESSLER
Assistant U.S. Attorney