AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

**VIRGINIA MARTINEZ-MONTIJO**

## WAIVER OF INDICTMENT

CASE NUMBER: __08-1031-JAH__

I, __VIRGINIA MARTINEZ-MONTIJO__, the above named defendant, who is accused of

_Title 18, U.S.C. § 1001 - False Statement to a Federal Officer (Felony)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __April 3, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd